IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL STEPHON PARKER,

    Plaintiff,

v.                               Civil Action No. 3:11CV156

ROY CHERRY, et al.,

    Defendants.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. The Report and Recommendation (Docket No. 20) is accepted and adopted.

2. Parker's claims are dismissed.

3. The action is dismissed.

Should Parker desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to Parker.

It is so ordered.

                                                    /s/
                                         Robert E. Payne
Date: February 23, 2012    Senior United States District Judge
Richmond, Virginia